1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

UNITED STATES OF AMERICA,

9                                    Plaintiff,

10          v.

11   CARL L. JUSTICE Jr.,

12                                    Defendant.

CASE NO. MJ24-610

**DETENTION ORDER**

13          The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there

14   are no conditions which the defendant can meet which would reasonably assure the defendant's

15   appearance as required or the safety of any other person and the community.

16          **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

17          Defendant is charged with unlawful possession of a firearm. Defendant has an extensive

18   criminal history that spans decades. Several warrants have been issued for failing to make court

19   appearances. The government proffered Defendant did poorly while on supervision for an earlier

20   conviction in this Court. The government also proffered that although law enforcement had been

21   searching for Defendant since 2024, they were unable to locate him until just recently. The Court

22   finds Defendant poses both a risk to the community and a risk that he will flee and not appear for

23   his court appearances.

          It is therefore **ORDERED**:

DETENTION ORDER - 1

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 7th day of August, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2